

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00124-CR

Dominique Martez **REED**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0009
Honorable Jennifer Peña, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED June 25, 2025.

_____
Rebeca C. Martinez, Chief Justice